

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

April 25, 1947

Hon. George W. Cox, M. D.
State Health Officer
Texas State Board of Health
Austin, Texas        Opinion No. V-162

                        Re: Exemption of insecticide
                           which has been registered
                           with the Commissioner of
                           Agriculture, as agricul-
                           tural insecticide, from
                           registration with the State
                           Health Officer as livestock
Dear Sir:                  insecticide.

        We refer to your request of April 11, 1947,
for an opinion on the question:

      "Whether or not an agricultural insec-
ticide and fungicide is exempt from registra-
tion under the Texas Livestock Remedy Act,
known as Senate Bill No. 75, if such agri-
cultural insecticide and fungicide is also
advertised as a livestock insecticide in
view of Section 4 (e) of the Texas Live-
stock Remedy Act, which reads as follows:
'Nothing in this Act shall apply to any pro-
duct registered with the Commissioner of
Agriculture under the provisions of Chapter
98, Acts of the Regular Session of the 48th
Legislature.'"

      Your inquiry and other communications con-
cerning it, reflect that Agricultural insecticide and
Fungicide Association manufactures agricultural insec-
ticides and fungicides which have been properly regis-
tered, as such, with the Commissioner of Agriculture,
and are being sold under proper labels, but are being
advertised by the manufacturers, as livestock insecti-
cides.

      "Chapter 98, Acts of the Regular Session of
the 48th Legislature" and the "Texas Livestock Remedy
Act, known as Senate Bill No. 75," referred to in your

question, are now known as Articles 135b-1 and 192-1, respectively, in Vernon's Civil Statutes and will be referred to in this opinion by such article numbers.

Article 135b-1, of Vernon's Civil Statutes, was enacted in 1943, and is entitled:

"An Act to prevent fraud in the scale of agricultural insecticides and fungicides by providing for the branding or labeling of such products sold under this Act; prohibiting the adulteration, misbranding or misrepresentation of agricultural insecticides and fungicides; providing for the coloring of certain agricultural insecticides and fungicides; defining certain words, terms and phrases; providing for registration with the Commissioner of Agriculture and for forfeiture and cancellation of registration by suit in the name of the State of Texas; providing for the examination and analysis of agricultural insecticides and fungicides; providing for the administration of this Act by the Commissioner of Agriculture; describing the powers and duties of the Commissioner of Agriculture and the State Chemist; providing for registration fees and disposition thereof; appropriating funds to administer this Act; providing penalties and fines for the violation of any provision of this Act; providing for the search and seizure of any agricultural insecticides or fungicides under certain circumstances; providing for the condemnation and forfeiture of such insecticides and fungicides by legal process; exempting retail dealers from registration of products and payment of registration fees under certain conditions; exempting household insecticides, disinfectants and deodorants from provisions of Act; providing for a saving clause, and declaring an emergency."

Article 192-1, of Vernon's Civil Statutes was enacted in 1945, and is entitled:

"An Act regulating the manufacture, sale offering to sell and labeling of live-stock remedies; providing for registration

with State Health Officer; providing for
fees; providing for enforcement; provid-
ing penalties; providing a saving clause;
allocating fees; appropriating funds; and
declaring an emergency."

The saving clause in that law is as follows:

"Nothing in this Act shall apply to
any product registered with the Commission-
er of Agriculture under the provisions of
Chapter 98, Acts of the Regular Session of
the 48th Legislature." (Art. 192-1, V.C.S.)
(Emphasis added)

We are of the opinion that the express excep-
tion of "any product registered with the Commissioner of
Agriculture" as made in Article 192-1 of Vernon's Civil
Statutes, removes such product, which has been properly
registered with the Commissioner of Agriculture, from
all of the provisions of Article 192-1, so that such
product is not required to be again registered with
State Health Officer.

## SUMMARY

Article 135b-1, V. C. S., requires reg-
istration of insecticides and fungicides
with the Commissioner of Agriculture before
being offered for sale in Texas. Thereafter,
the Legislature enacted Article 192-1, V.C.S.,
requiring livestock remedies to be registered
with the State Health Officer, excepting such
products as are registered with Commissioner
of Agriculture. When a product is properly
registered under Article 135b-1, such excep-
tion exempts it from registration with the
State Health Officer.

Yours very truly,

APPROVED APR. 25, 1947          ATTORNEY GENERAL OF TEXAS

*Price Daniel*
ATTORNEY GENERAL          By          *W. T. Williams*
                                        W. T. Williams
WTW:dr:mrj                              Assistant